# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

NO. 5:11-CR-00279-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | **)** | |
| ANTONIO RASHAAD DOVINE | ) | |
| _____ | ) | |

At the conclusion of the evidentiary hearing held Thursday, May 17, 2012 on Defendant's motion to suppress, the undersigned directed counsel to submit supplemental memoranda. This order serves to inform the parties that the supplemental memoranda should be filed with the Court no later than 12:00 p.m. on Friday, May 25, 2012.

DONE AND ORDERED in Chambers at Raleigh, North Carolina on Friday, May 18, 2012.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE